```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                                                         :
                - against -                              :      18-CR-567 (VSB)
                                                         :
                                                         :            ORDER
CHRISTOPHER COLLINS, et al.,                             :
                                                         :
                             Defendants.                 :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 8, 2018 I held an initial conference in this matter during which I set certain bail conditions. The bail conditions did not include any pretrial supervision terms. Accordingly, it is hereby

ORDERED that, on or before August 15, 2018, the parties shall file a joint letter outlining the respective positions of the parties concerning whether any terms pertaining to pretrial supervision should be included in the Defendants' bail dispositions.

SO ORDERED.

Dated: August 8, 2018
       New York, New York

                                    Vernon S. Broderick
                                    United States District Judge