

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

MAURO M. WOLFE
DIRECT DIAL: +1 212 692 1017
PERSONAL FAX: +1 212 208 6861
*E-MAIL:* mmwolfe@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

January 9, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:**   ***United States v. Collins, et al.* 18 Cr. 567 (VSB)**

Dear Judge Broderick:

We represent Defendant Stephen Zarsky in the above-referenced matter.  We write to request permission to redact personally identifying and/or sensitive information from both the memorandum and letters we will submit in advance of sentencing.  The redaction of this information is consistent with Federal Rules of Criminal Procedure 49.1 and the Southern District of New York's Notice Regarding Privacy and Public Access.

The Government does not object to this request.  We will provide the Court and the Government with the unredacted sentencing submission and exhibits.

Respectfully,

*/s/ Mauro M. Wolfe*

Mauro M. Wolfe

cc:     All Counsel of Record (*via ECF*)

SO ORDER:

Dated: January __, 2020

_____
Honorable Vernon S. Broderick
United States District Judge