

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MAURO M. WOLFE | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1017 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 208 6861 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* mmwolfe@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

January 9, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*APPLICATION GRANTED*
*SO ORDERED* /s/
*VERNON S. BRODERICK*
*U.S.D.J.* 1/10/2020

      **Re:**    <u>*United States v. Collins, et al.* **18 Cr. 567 (VSB)**</u>

Dear Judge Broderick:

      We represent Defendant Stephen Zarsky in the above-referenced matter. We write to request permission to redact personally identifying and/or sensitive information from both the memorandum and letters we will submit in advance of sentencing. The redaction of this information is consistent with Federal Rules of Criminal Procedure 49.1 and the Southern District of New York's Notice Regarding Privacy and Public Access.

      The Government does not object to this request. We will provide the Court and the Government with the unredacted sentencing submission and exhibits.

                                                     Respectfully,

                                                   */s/ Mauro M. Wolfe*

                                                   Mauro M. Wolfe

cc:    All Counsel of Record (*via ECF*)

SO ORDER:

Dated: January __, 2020                             _____
                                                      Honorable Vernon S. Broderick
                                                       United States District Judge