# Exhibit B8

