| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 18CR00567-3(VSB) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:20CR298(SDW) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Stephen Zarsky<br>New Jersey | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE<br>Vernon S Broderick, U.S. District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: / FROM 01/24/20 / TO 01/23/24 |

**OFFENSE**

Conspiracy to Commit Securities Fraud, in violation of 18USC section 371, a Class D Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/25/2020
Date

Vernon S. Broderick
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 31, 2020
Effective Date

*s/ Susan D. Wigenton*
United States District Judge